**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **TRAMAIN POLK** | § | **CASE NO. 5:25-cv-126** |
| **VERSUS** | § | **CHIEF JUDGE ____________________** |
| **LT. DAVIS AND STATE OF LOUISIANA THROUGH LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, DAVID WADE CORRECTIONAL CENTER** | § | **MAGISTRATE JUDGE _____________** |

**NOTICE OF REMOVAL**

NOW INTO COURT, through undersigned counsel, comes Defendant, the STATE OF LOUISIANA through the DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, who, pursuant to the provisions of 28 U.S.C. §1441, *et seq*., hereby files this Notice of Removal and respectfully offers the following:

1.

This action was commenced on October 30, 2024 by the filing of a Petition for Damages/Mace Loss of Eyesight by the Plaintiff, Tramain Polk, in the Second Judicial District Court, Parish of Claiborne, State of Louisiana. Said action was styled as *Tramain Polk v. Lt. Davis; and State of Louisiana through Louisiana Department of Public Safety and Corrections David Wade Correctional Center*, bearing docket number 43,415-C.

2.

This is a civil action where the Plaintiff seeks recovery under federal law, including 42 U.S.C. §1983, alleging that Defendant "violated the Plaintiff's 8th Amendment right to be free from use of unnecessary and/or excessive force, corporal punishment and cruel and unusual punishment while being seized and/or detained by the Defendant."

3.

This Court has jurisdiction of this cause of action pursuant to 28 U.S.C. §1331, federal question jurisdiction.

4.

The Second Judicial District Court for the Parish of Claiborne, State of Louisiana, is located within the Western District of Louisiana pursuant to 28 U.S.C. § 98(c). Therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

5.

The parties that have been served at the time of removal are as follows:
Defendant, the State of Louisiana through the Louisiana Department of Public Safety and Corrections. The aforementioned is represented by Ryan York, Assistant Attorney General.

6.

Lt. Davis, Defendant, has not been served at the time of removal.

7.

Defendant files herewith a copy of all papers received and all documents contained in the suit record, civil docket number 43,415-C. See *Exhibits*.

8.

Defendant further shows unto the Court that, immediately upon filing of this Notice of Removal, a copy of the same shall be served upon all adverse parties and a copy filed with the Clerk of the Second Judicial District Court, Claiborne Parish, Louisiana, all in accordance with 28 U.S.C. §1446(d).

9.

Defendant desires a trial by jury on all issues.

**W H E R E F O R E**, removing Defendant, the STATE OF LOUISIANA through the DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, prays that the above-referenced action now pending in the Second Judicial District Court for the Parish of Claiborne, State of Louisiana, be removed therefrom and transferred to the docket of this Honorable Court. Defendant further prays for a trial by jury on all issues.

Respectfully submitted,

**LIZ MURRILL**
Attorney General

By: */s/ Ryan York*_________________
RYAN YORK (#41001)
Assistant Attorney General

LOUISIANA DEPARTMENT OF JUSTICE
Litigation Division
330 Marshall Street, Suite 777
Shreveport, Louisiana 71101
Telephone: (318) 676-5735
Facsimile: (318) 676-5703
Email: yorkr@ag.louisiana.gov

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2025, a copy of the foregoing *Notice of Removal* was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Brian Flynn
Clerk of the Claiborne Parish District Court
512 East Main
P.O. Box 330
Homer, LA 71040

*/s/ Ryan York*
RYAN YORK (#41001)
Assistant Attorney General