UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA-SHREVEPORT DIVISION

| | | |
|---|---|---|
| TRAMAIN POLK | * | CIVIL ACTION NO: 25-125 JE-MLH |
| | * | |
| v. | * | JUDGE JERRY EDWARDS |
| LT. DAVIS; | * | MAGISTRATE JUDGE |
| STATE OF LOUISIANA THROUGH | * | MARK L. HORNSBY |
| LOUISIANA DEPARTMENT OF | * | |
| PUBLIC SAFETY AND CORRECTIONS | * | |
| DAVID WADE CORRECTIONAL CENTER | | STATE OF LOUISIANA |

**********************************************

**MOTION TO AMEND NAME AND CAPTION**

NOW INTO COURT comes TRAMAINE POLK, who pursuant to FRCP 15, seeks to amend the name and caption naming Lt. Davis as Lt. Robert Davis .

WHEREFORE TRAMAINE POLK prays that he be allowed to amend the name and caption in this matter from Lt. Davis as Lt. Robert Davis.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
dgrodner@grodnerlaw.com

CERTIFICATE

I hereby certify that on February 28, 2025, a copy of the foregoing was filed and served electronically with the Clerk of Court using the CM/ECF system.

s/Donna Grodner
Donna U. Grodner (20840)