*************** -COMM. JOURNAL- ********************* DATE JAN-27-2025 ***** TIME 11:10 ********

MODE = MEMORY TRANSMISSION START=JAN-27 11:01 END=JAN-27 11:10

FILE NO.=874

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/EMAIL ADDRESS/TELEPHONE NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | ☎ | 3428473 | 007/007 | 00:04:16 |

***** e-STUDIO190F ***************** -GRODNER & ASSOC - ***** - 225 769 1997- *********

NOV 2 1 2024

43415

SCANNED

TRAMAIN POLK
v.
LT. DAVIS; and
STATE OF LOUISIANA THROUGH
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS
DAVID WADE CORRECTIONAL CENTER

CIVIL ACTION NO.: DIV. C
2nd JUDICIAL DISTRICT COURT
CLAIBORNE PARISH

JUDGE
STATE OF LOUISIANA
FILED:

FILED
OCT 30 2024
SHANNON T. SKINNER
DEPUTY CLERK
CLAIBORNE PARISH LA

**PETITION FOR DAMAGES/MACE LOSS OF EYESIGHT**

NOW INTO COURT, through undersigned counsel, comes Mr. TRAMAIN POLK, for all injuries incurred as a result of the actions of Defendant in negligence/respondeat superior or other causes as follows:

1.

**VENUE**

Venue is proper in this jurisdiction under La. R.S. 15:1184 (F) in that DWCC is located in this Parish and the wrongful conduct occurred in this Parish. TRAMAIN POLK was housed at DWCC at the time of the incident.

2.

**EXHAUSTION**

Exhaustion of administrative procedures are not necessary to bring tort claims and the requirement for an inmate is unconstitutional. This claim is a tort claim. Pope v. State, 792 So. 2d 713 (La. 2001). The incident happened on 8.20.23 and the ARP seeking the video was submitted on 8.21.23 Notwithstanding, all administrative procedure were exhausted on 2/24/2024 through 2nd step in DWCC-2023-398.

3.

Parties

**PLAINTIFF:**

**TRAMAIN POLK #600789On** is a major who during material times herein was incarcerated in the DAVID WADE Correctional Center, and who was an inmate at that facility where he sustained injuries.

4.

**DEFENDANT(S)**

**LT. DAVIS**, sued in his individual capacity, a resident of the full age of majority domiciled in the Parish of Claiborne, State of Louisiana, and working at DAVID WADE Correctional Center as the DIRECTOR OF NURSING (DON) and who was acting in the course and scope of employment as the director of nursing ans supervisor of the medical department, when she failed, refused to provide appropriate medical treatment and who is amenable to process through Rhonda Weldon, Department of Public Safety and Corrections, 504 Mayflower Street, Baton Rouge, Louisiana 70802.

43415

domiciled in the Parish of Claiborne, State of Louisiana, and working at DAVID WADE Correctional Center as the DIRECTOR OF NURSING (DON) and who was acting in the course and scope of employment as the director of nursing ans supervisor of the medical department, when she failed, refused to provide appropriate medical treatment and who is amenable to process through Rhonda Weldon, Department of Public Safety and Corrections, 504 Mayflower Street, Baton Rouge, Louisiana 70802.

43415