Brian M. Flynn
Clerk of Court
Claiborne PARISH CLERK OF COURT
Second Judicial District Court Judicial District

Notice of Sheriff Returns

RECEIVED
JAN 24 2025
BY: ..............................

GRODNER LAW FIRM
2223 QUAIL RUN, B-1
BATON ROUGE, LA 70808

Suit Number: Docket Number: C-43415
TRAMAIN POLK, #600789
VS.
LT. DAVIS AND STATE OF LOUISIANA, THROUGH LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, DAVID WADE CORRECTIONAL CENTER

Personal Service on:
LA DEPT OF PUBLIC SAFETY/CORRECTIONS THRU ATTY GENERAL

Date Served: 1/6/2025
Item: CITATION

Brian M. Flynn
Clerk of Court
Claiborne PARISH CLERK OF COURT
Second Judicial District Court Judicial District

Notice of Sheriff Returns

RECEIV
JAN 24 2025
BY: ............................

GRODNER LAW FIRM
2223 QUAIL RUN, B-1
BATON ROUGE, LA 70808

Suit Number: Docket Number: C-43415
TRAMAIN POLK, #600789
VS.
LT. DAVIS AND STATE OF LOUISIANA, THROUGH LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, DAVID WADE CORRECTIONAL CENTER

Personal Service on:
LA. DEPT OF PUBLIC SAFETY/CORRECTIONS ONLY THRU
RHONDA WELDON

Date Served: 1/6/2025
Item: CITATION