Jeff Landry
Attorney General

**State of Louisiana**
DEPARTMENT OF JUSTICE
LITIGATION DIVISION
P.O. BOX 94005
BATON ROUGE
70804-9005

November 21, 2017

**VIA FACSIMILE (225)769-1997**
Donna U. Grodner
Grodner Law Firm
2223 Quail Run Drive, Suite B-1
Baton Rouge, LA 70808

RE: Service for current DOC employees

Dear Donna,

We have spoken to DOC and they have instructed us that they will accept service for all individually named employee/defendant who are currently employed with the department at DPS&C headquarters. I know that you have referred me to La. C.C.P. art. 1265, but the individually named guard is not a "public officer" as defined by La. R.S. §42:1. Ms. Rhonda Wheldon is authorized to accept service on their behalf at 504 Mayflower Street.

Thank you in advance for your cooperation, and should you have any questions, please do not hesitate to contact me.

Sincerely,

**JEFF LANDRY**
**ATTORNEY GENERAL**

K. Kyle Celestin
Assistant Attorney General

KKC/tl

**K. KYLE CELESTIN, ASSISTANT ATTORNEY GENERAL**
1885 North 3rd Street, 3rd Floor, Baton Rouge, LA 70802
Phone: (225) 326-6378 Fax: (225) 326-6494
celestink@ag.louisiana.gov (not designated for electronic service)

Ex 1

P.01

TRANSACTION REPORT

NOV-21-2017 TUE 10:39 AM

FOR: DEPT OF JUSTICE 225 326 6494

SEND

| DATE | START | RECEIVER | TX TIME | PAGES | TYPE | NOTE | M# | DP |
|---|---|---|---|---|---|---|---|---|
| NOV-21 | 10:39 AM | 97691997 | 30" | 2 | FAX TX | OK | 596 | |

TOTAL : 30S PAGES: 2

*STATE OF LOUISIANA*
*DEPARTMENT OF JUSTICE*
*LITIGATION DIVISION*
*Attorney General's Office*
*Post Office Box 94005*
*Baton Rouge, Louisiana 70804-9005*
*Facsimile: (225) 326-6494*

## *FACSIMILE TRANSMITTAL SHEET*

*TO:* Donna Gradner

*FROM:* Kyle Celestin

*DATE:* 11-21-17 *Total # of Pages:* 2
*(Including Cover Sheet)*

*Receiver's Fax Number:* 225-769-1997

*Re:* ____

___ *Urgent* ___ *For Review* ___ *Please Comment* ___ *Please Reply* ___ *Please Recycle*

*NOTES/COMMENTS:*

If you have any questions concerning this fax, please contact ____
at (225) 326- ____.

**Confidential Information-Attorney/Client Privilege**

**PRIVILEGED & CONFIDENTIAL COMMUNICATION:**

This communication may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are on notice that any unauthorized reading, disclosure, copying, distribution, or taking of any action in reliance on the contents of the electronically transmitted materials is prohibited.

Ex 1

*STATE OF LOUISIANA*
*DEPARTMENT OF JUSTICE*
*LITIGATION DIVISION*
*Attorney General's Office*
*Post Office Box 94005*
*Baton Rouge, Louisiana 70804-9005*
*Facsimile: (225) 326-6494*

## *FACSIMILE TRANSMITTAL SHEET*

***TO:*** Donna Grodner

***FROM:*** Kyle Celestin

***DATE:*** 11-21-17 ***Total # of Pages:*** 2
*(Including Cover Sheet)*

***Receiver's Fax Number:*** 225-769-1997

***Re:*** ______

___ ***Urgent*** ___ ***For Review*** ___ ***Please Comment*** ___ ***Please Reply*** ___ ***Please Recycle***

***NOTES/COMMENTS:***

______

If you have any questions concerning this fax, please contact ______
at (225) 326- ______.

**Confidential Information-Attorney/Client Privilege**

**PRIVILEGED & CONFIDENTIAL COMMUNICATION:**

This communication may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are on notice that any unauthorized reading, disclosure, copying, distribution, or taking of any action in reliance on the contents of the electronically transmitted materials is prohibited.

Ex 1