STATE OF LOUISIANA
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
LITIGATION DIVISION
SHREVEPORT

330 MARSHALL STREET
SUITE 777
SHREVEPORT, LA 71101
TELEPHONE: (318) 676-5700
FACSIMILE: (318) 676-5703

LIZ MURRILL
ATTORNEY GENERAL

SCANNED

January 27, 2025

Ms. Donna U. Grodner
Grodner & Associates
2223 Quail Run, B-1
Baton Rouge, LA 70808

**Via E-mail: dgrodner@grodnerlaw.com**

Re: **Tramain Polk vs. Lt. Davis, et al**;
No. C-43,415, 2nd JDC, Claiborne Parish, State of Louisiana

Dear Ms. Grodner,

This letter is to advise that I have just been appointed this afternoon the defense of the State of Louisiana, through Department of Public Safety and Corrections, and Robert Davis in connection to the above-referenced case. I believe an answer is due today, January 27, 2025. Due to my recent assignment, I would greatly appreciate a 30-day extension from today's date, or by February 26, 2025, to file responsive pleadings.

If this is agreeable, I request that you please confirm via responsive e-mail. Thank you for your assistance and cooperation in this matter.

POSTED

Sincerely,

RYAN YORK
Assistant Attorney General

RY/mk