RECEIVED
SEP 13 2023
BY: ...........................

"This is A Request for An Adminstrative Remedy Procedure"

Tramain Polk # 600789

Approx 11:39pm 8-20-23

Time & date of incident

On the above date an approx time, I offender Polk is housed in N4 A#1 and was standing in my cell when LT. Davis approached the cell and sprayed me with a chemical agent 2x's LT. Davis left off the tier and returned an sprayed me a third time. Shortly after LT. Davis sprayed me the third time, he restrained me and escorted me in the lobby area where he sprayed me a fourth time in my right eye and mouth in which he refused to give me my shower. Once Cpt. Jones arrived I was removed from the lobby to cell #1 and had to wait till the last person to shower before being placed in the shower. Why didnt LT. Davis turn his body camera on before using chemical agent, which is in violation of Policy?. How's it that LT. Davis is able to spray me while im on my knees in restraints when im not a threat? LT. Davis intentions was to inflict bodily harm. I went to medical the next day for a call out for another matter and Nurse practioner "Fusell" seen me and asked me what ~~happ~~ I informed her of the incident and she look at my eyes, gave me some solution to wash the mace out stated "who did this his eye is infected". Pulse was comin out my eye. This is inhuman treatment, cruel & unusual punishment, excessive force, and seriously bodily harm, which is a violation of my 8th amendment constitutional Rights an unprofessionalism, and also misconduct. See united States v. Duglas, U.S.D.C (W.D. La), Case No. 3:18-cr-00085-01

"Relief Desire"

To be compensated $500,000 and LT. Davis terminated with criminal Charges

Ex 5