LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

RECEIVED
APR 10 2024
BY: ..............................

CASE NUMBER: DWCC-2023-0398

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: POLK, TREMAIN 600789
Offender Name and Number

DWCC
Living Unit

Received in this Office on 01/03/2024:

Your request for an Administrative review of ARP# DWCC-2023-0398 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

All pertinent documentation surrounding your request, including the unusual occurrence reports, the use of force investigation results, statements provided by the security staff and the disciplinary reports issued have been reviewed. None of the documents reviewed support your allegations. Through your own actions, staff was forced to use only the amount of force necessary to bring you into compliance with the verbal orders issued to you by staff. At the time of your assessment, you denied having any injury, you spoke in complete sentences and you refused eye wash and shower. Medical opinion is controlling. Also, in a statement from Lt. Davis, he denies your allegations. There is no reason to doubt the credibility of this officer's statement nor the pertinent documentation referred to above, You have failed to provide any evidence to substantiate your allegations or that would cause us to believe otherwise. This office concurs with staff's findings on this matter. As such, no further investigation or administrative intervention is warranted.

Your request for Administrative Remedy is denied.

2-14-24
Date

Secretary's Signature or His Designee

Ex 6